IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

No. 3:09-00218

vs.

CHIEF JUDGE HAYNES

MEHRAN GONYAEI

*ORDER*

*The motion is GRANTED*

MOTION TO JOIN CO-DEFENDANTS' MOTIONS

Comes now the Defendant Mehran Gonyaei, through counsel, and respectfully moves this Honorable Court to allow him to join the following Co-Defendants' Motions:

1. Co-Defendant Vazgen Fakhoorian's Motion for a brief continuance of motion deadline (D.E. # 276);

2. Co-Defendant Hassan Shams' Motion for co-conspirators' statements (D.E. # 277);

3. Co-Defendant Hassan Shams' Motion for daily transcripts (D.E. # 278);

4. Co-Defendant Hassan Shams' Motion for disclosure of impeaching information (D.E. # 279);

5. Co-Defendant Hassan Shams' Motion for Enright hearing (D.E. # 280);

6. Co-Defendant Hassan Shams' Motion for identification of recordings (D.E. # 282);

7. Co-Defendant Hassan Shams' Motion for early Jencks disclosure (D.E. # 283);

8. Co-Defendant Hassan Shams' Motion to exclude other acts evidence (D.E. # 286);