IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | NO. 3:09-00218-10 |
| | ) | |
| MEHRAN GONYAEI | ) | |

O R D E R

By Order entered February 27, 2013, Docket Entry No. 370, the Court scheduled a hearing on March 11, 2013, to address the Petition (Docket Entry No. 369) filed by Pretrial Services.

Counsel for the defendant has advised the Court that he is scheduled to be out of town that week and has requested that the hearing be rescheduled for March 22, 2013. It is therefore

ORDERED that the hearing on the Petition, Docket Entry No. 369, is RESCHEDULED for **Friday, March 22, 2013, at 10:00 a.m.**

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge