IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | No. 3:09-00218 |
| MEHRAN GONYAEI | CHIEF JUDGE HAYNES |

*[Handwritten notation: Denied. As reflected in the amended judgment, this motion is Granted. /s/ Judge Haynes 11-4-13]*

## MOTION TO CLARIFY

Comes now the Defendant, Mehran Gonyaei, by and through counsel, and seeks clarification of the judgment entered on October 21, 2013. (DE 549) On October 1, 2013 the Defendant appeared and was sentenced by this Court to probation for a period of one year and a mandatory fine of $1000. The parties joined in a request that the Defendant receive a "time served" sentence. It is counsel's recollection that, due to the mandatory $1000 fine, the Court imposed probation with the only condition being the payment of the $1000 fine. The judgment entered in this case appears to impose the standard conditions of probation without any special conditions. (DE 549)

Counsel, on behalf of Mr. Gonyaei, asks the Court to clarify the terms of the sentence of probation.

RESPECTFULLY SUBMITTED,
/s/ John P. Cauley
John P. Cauley, BPR No.
16432 Attorney for Defendant
1550 West McEwen Drive
Suite 300, PMB 19
Franklin, Tennessee 37064
(615) 243-7839