UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:09-cr-000218 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| MEHRAN GONYAEI | ) | |

## MOTION TO CONTINUE SUPERVISED RELEASE MODIFICATION HEARING

Comes now the United States by and through Blanche B. Cook, Assistant United States Attorney, and requests that this Court continue the modification hearing, currently set for Wednesday, December 13, 2013 at 4:00 for thirty days to January 12, 2014.

The Government intends to request a jail sentence as Defendant has failed numerous drug screens. The Government requests an extension in order to accumulate all of the supporting evidence that the Government intends to present to the Court during the hearing. The undersigned, along with U.S. Probation are working together on this case and would like additional time to review this matter.

Wherefore, the Government asks that a continuance of thirty days be granted for the modification hearing.

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee

s/ *Blanche B. Cook*
BLANCHE B. COOK
Assistant United States Attorney
110 9th Avenue South - Suite A-961

*[Handwritten annotation: This motion is GRANTED and the hearing reset for January 13, 2014 at 4:00. /s/ [signature] 12-3-13]*