IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

vs.

MEHRAN GONYAEI

No. 3:09-00218

JUDGE HAYNES

*[Handwritten: ORDER. This motion is GRANTED. The hearing is reset for January 24, 2014 at 4:00 pm. It is SO ORDERED. 1-10-14]*

## DEFENDANT GONYAEI'S *UNOPPOSED* MOTION TO CONTINUE THE VIOLATION OF SUPERVISED RELEASE HEARING

Comes now Defendant Gonyaei, by and through counsel, and moves this Honorable Court to continue the violation hearing set for Monday January 13, 2014 at 4:00 PM. As grounds for this request the defendant states he is actively seeking to reach agreement with the Government and resolve the matter at issue. It is his request that this Court reset the hearing for the week of January 20, 2014 so that he may have some additional time to seek resolution. Counsel for Mr. Gonyaei has conferred with AUSA Cook and she does not oppose this request.

For these reasons the defendant asks that this Court grant his motion and reset the hearing.

RESPECTFULLY SUBMITTED,
/s/ John P. Cauley
John P. Cauley, BPR No. 16432 Attorney for
Defendant 1550 West McEwen Drive Suite 300,
PMB 19
Franklin, Tennessee 37064