IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:09-00218 |
| | ) | Chief Judge Haynes |
| MEHRAN GONYAEI, | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the parties' joint motion to terminate the Defendant's supervised release and cancel the January 24, 2014 hearing (Docket Entry No. 591) that is **GRANTED**. Defendant's supervised release is terminated effective the date of this Order.

It is so **ORDERED**.

ENTERED this the 23rd day of January, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court